◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PETTE, Appellant. [673 NYS2d 612] —Appeal by the defendant, by permission, from an order of the County Court, Nassau County (Wexner, J.), dated September 10, 1997, which denied his motion pursuant to CPL 440.10 to set aside the verdict on the ground that he was denied effective assistance of counsel.

Ordered that the appeal is dismissed as academic in light of our determination in People v Pette, (251 AD2d 600 [decided herewith]). Sullivan, J. P., Pizzuto, Altman and Friedmann, JJ., concur.